[No. 34674-5-II. Division Two. April 3, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA AMIR FARKAS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-04866-4, Brian M. Tollefson, J., entered March 10, 2006. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Houghton, C.J., concurred in by Quinn-Brintnall and Van Deren, JJ.

[No. 34694-0-II. Division Two. April 3, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD LEE PARISH, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 05-1-00901-7, Nelson E. Hunt, J., entered April 12, 2006. *Affirmed* by unpublished opinion per Bridgewater, J, concurred in by Armstrong and Quinn-Brintnall, JJ.

[No. 34759-8-II. Division Two. April 3, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDY ROLLER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-06405-8, Linda CJ Lee, J., entered April 13, 2006. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Houghton, C.J., and Quinn-Brintnall, J.

[No. 52447-0-I. Division One. April 9, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM T. ROBINSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-06035-4, Catherine D. Shaffer, J., entered May 5, 2003. *Affirmed* by unpublished opinion per Baker, J., concurred in by Coleman and Agid, JJ.